NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**WOODWAY USA, INC.,**
*Appellant*

**v.**

**LIFECORE FITNESS, LLC, dba Assault Fitness,**
*Appellee*

———————————

2025-1323

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00843.

-------------------------------------------------

**LIFECORE FITNESS, LLC, dba Assault Fitness,**
*Appellant*

**v.**

**WOODWAY USA, INC.,**
*Appellee*

———————————

2025-1345

———————————

2          WOODWAY USA, INC. v. LIFECORE FITNESS, LLC

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00843.

―――――――――――

## ON MOTION

―――――――――――

## O R D E R

Upon consideration of LifeCore Fitness, LLC's unopposed motion for voluntary dismissal of its cross-appeal, Appeal No. 2025-1345, pursuant to Federal Rule of Appellate Procedure 42(b), and the parties' agreement as to the allocation of costs,

IT IS ORDERED THAT:

(1)  Appeal No. 2025-1345 is dismissed. The revised official caption for the remaining appeal, Appeal No. 2025-1323, is reflected in this order.

(2)  Each side shall bear its own costs as to Appeal No. 2025-1345.

(4)  The Clerk of Court shall transmit a copy of this order to the merits panel assigned to Appeal No. 2025-1323.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

June 5, 2025
    Date

ISSUED AS A MANDATE (as to 2025-1345 only): June 5, 2025